**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2294**

---

THERESA FORD,

Plaintiff - Appellant,

versus

RIDGEDEN SUCCESS, INCORPORATED,

Defendant - Appellee,

and

DENNY'S, INCORPORATED; SUCCESS EMPLOYEE GROUP,
INCORPORATED,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Patrick Michael Duffy, District
Judge.  (CA-04-1968-9)

---

Submitted:  April 20, 2006                Decided:  April 24, 2006

---

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Theresa Ford, Appellant Pro Se.  Amy Yager Jenkins, Stephanie E.
Lewis, NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, Charleston, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theresa Ford seeks to appeal the district court's order denying her claims of employment discrimination and wrongful termination. We grant the Appellee's motion to dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on August 31, 2005. The notice of appeal was filed on October 25, 2005. Because Ford failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED